MAY 19, 2004

No. 03–1335. PARKINSON v. ANNE ARUNDEL MEDICAL CENTER ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.

MAY 24, 2004

No. 03–279. COLUMBIA RIVER CORRECTIONAL INSTITUTE ET AL. v. PHIFFER. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane, ante,* p. 509.

No. 03–533. PARR v. MIDDLE TENNESSEE STATE UNIVERSITY ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane, ante,* p. 509.

No. 03–534. FEASTER v. FLORIDA DEPARTMENT OF HEALTH, BOARD OF NURSING. Dist. Ct. App. Fla., 1st Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane, ante,* p. 509.

No. 03–559. RENDON ET AL. v. FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane, ante,* p. 509.

No. 03–6536. SPENCER v. EASTER ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane, ante,* p. 509.